IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01983-MSK-MJW

TEAH REMLEY,

    Plaintiff,

v.

RJM ACQUISITIONS LLC, a New York limited liability company,

    Defendant.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served August 22, 2012, and the acceptance thereof filed August 31, 2012, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is entered for Plaintiff, Teah Remley, and against Defendant, RJM Acquisitions LLC, in the amount of $1001.00.  In addition, Plaintiff's costs and reasonable attorney's fees will be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

FURTHER ORDERED, that post-judgment interest shall accrue at the rate of 0.17% from the date of entry of judgment.

DATED at Denver, Colorado this  5th  day September, 2012.

                                        GREGORY C. LANGHAM, CLERK

                                        By:  s/ Edward P. Butler
                                                Edward P. Butler, Deputy Clerk