IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01983-MSK-MJW

TEAH REMLEY

Plaintiff,

v.

RJM ACQUISITIONS LLC, a New York limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Order Directing KeyBank National Association to Disburse the Funds that it is Holding to Plaintiff's Counsel (Docket No. 21) is GRANTED. It is ORDERED that KeyBank National Association shall mail within 10 days the $4,491.00 (Four Thousand Four Hundred Ninety One Dollars) via check payable to "David M. Larson COLTAF Account" (Tax ID # 20-4101114), 88 Inverness Circle East, Suite I-101, Englewood, Colorado, 80112.

Date: January 24, 2013